MYER NUSSBAUM, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

*Nussbaum* v. *State of New York,* 119 App. Div. 755, appeal dismissed.
(Argued December 5, 1907; decided December 17, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 17, 1907, which reversed a judgment of the Court of Claims dismissing a claim against the state for services alleged to have been rendered by the claimant.

*William S. Jackson, Attorney-General* (*Timothy I. Dillon* of counsel), for appellant.

*Myer Nussbaum,* respondent, in person.

*George H. Stevens* and *William J. Roche* for Oliver A. Quayle, intervening.

Appeal dismissed, without costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

In the Matter of the LONG ISLAND RAILROAD COMPANY et al., Appellants, for the Construction of an Electric Railroad on Portions of Atlantic Avenue, in the Borough of Brooklyn, City of New York.

MARY E. CAMPBELL et al., Respondents.

(Submitted December 9, 1907, decided December 17, 1907.)

Motion for re-argument denied, with ten dollars costs. (See 189 N. Y. 428.)

---

GEORGE A. TREADWELL, Respondent, *v.* WILLIAM A. CLARK et al., Appellants, Impleaded with Others.

(Submitted December 9, 1907; decided December 17, 1907.)

Motion for re-argument denied, with ten dollars costs. (See 190 N. Y. 51.)